UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 8:12-CR-205-T-17MAP

DEONTE JAMAL MARTIN.

_____/

ORDER

This cause is before the Court on:

Dkt. 479   Motion to Seal Statements of Codefendant
Relied Upon as a Ground for Severance

Defendant Deonte Jamal Martin's Motion for Severance (Dkt. 478) relies in part on post-arrest statements of Defendant Napoleon Harris inculpating Defendant Deonte Jamal Martin. Defendant Martin moves to seal a recitation of the statements of Defendant Napoleon Harris, in order to avoid publication of statements which may not be admissible at trial, and to avoid publicity that may taint the jury pool, while providing copies to all parties in the case.

After consideration, Defendant Martin's Motion to Seal is granted.

**DONE and ORDERED** in Chambers in Tampa, Florida on this _1st_ day of March, 2016.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record