UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 8:12-CR-205-T-17MAP

ANGEL VILLANUEVA, et al.

_____/

ORDER

This cause is before the Court on:

| | |
|---|---|
| Dkt. 491 | Defendant Martin's Motion to Suppress Historic Cell Tower Data and Derivative Evidence (Deonte Jamal Martin) |
| Dkt. 564 | Response in Opposition |
| Dkt. 637 | Supplemental Response (Government) |
| Dkt. 639 | Court's Exhibit List - March 22, 2016 Hearing |
| Dkt. 640 | Government's Exhibit List - March 22, 2016 Hearing |
| Dkt. 641 | Defendant Deonte Martin's Exhibit List - March 22, 2016 Hearing |
| Dkt. 647 | Supplemental Response (Deonte Jamal Martin) |
| Dkt. 734 | Report and Recommendation |
| Dkt. 741 | Transcript |

The above Motion was referred to the assigned Magistrate Judge to conduct a hearing, if necessary, and for a Report and Recommendation. The assigned Magistrate Judge heard oral argument on March 22, 2016. The assigned Magistrate Judge has entered a Report and Recommendation (Dkt. 734) in which it is recommended that Defendant Martin's Motion to Suppress be denied because Defendant Martin lacks standing under the Fourth Amendment to challenge the admissibility of the call data records (which include cell site locations but exclude the content of any communications) for the numbers ending in 2330 and 4196. A subscriber has no reasonable expectation of privacy in a third-party service provider's

Case No. 8:12-CR-205-T-17MAP

historical, non-content business records. United States v. Davis, 785 F.3d 498, 505 (11th Cir. 2015)(en banc)(holding that the Government's obtaining cell phone tower records from a provider under the Stored Communications Act does not constitute a search under the Fourth Amendment). In the Report and Recommendation, the assigned Magistrate Judge further notes that, assuming that Defendant Martin did have standing and that the orders lacked specific and articulable facts, exclusion is not a remedy available to Defendant Martin. United States v. Madison, 2016 WL 1019266 at *1 (11th Cir. Mar. 15, 2016).

The Court has independently reviewed the Motion, Response and the record. No objections to the Report and Recommendation have been filed. After consideration, the Court adopts the Report and Recommendation. Accordingly, it is

**ORDERED** that the Report and Recommendation (Dkt. 734) is **adopted**. Defendant Deonte Jamal Martin's Motion to Suppress Historical Cell Tower Data and Derivative Evidence (Dkt. 491) is **denied**.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 31st day of May, 2016.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record