UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:12-cr-205-T-17MAP

DEONTE MARTIN

### ORDER

The United States' Motion for Copy of Exhibit is granted. The Clerk is directed to provide Court's Exhibit 2 (Doc. 639) to Court's IT Personnel, for copying for the government. The government will provide the Court's IT Personnel with a blank CD.

DONE AND ORDERED at Tampa, Florida, this day 10th of February, 2017.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel
of record

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE