UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                    CASE NO. 8:12-CR-205-T-17MAP

DEONTE JAMAL MARTIN.

_____/

ORDER

This cause is before the Court on:

Dkt. 1467   Motion to Arrange Payment Plan Directly With
            This Court And/or to Defer Payment Until After
            Direct Appeal is Final

Defendant Deonte Jamal Martin, pro se, requests to make a payment plan with this Court for Defendant's special assessment fee, so that Defendant Martin can be removed from the Inmate Financial Responsibility Program, and the way the IFRP is executed by BOP employees, or to defer payment of his special assessment fee until Defendant's direct appeal is completed, or Defendant Martin is transferred to an institution with a UNICOR program

Section 2241 confers habeas jurisdiction to hear the petition of a federal prisoner who is challenging not the validity but the execution of his sentence. However, a prisoner seeking habeas relief under Section 2241 is subject to administrative exhaustion requirements. Defendant Martin has included no allegation that Defendant Martin has exhausted the administrative procedures that are available to Defendant. 28 C.F.R. Secs. 542.10-542.19, Program Statement 1330.16.

After consideration, the Court denies Defendant Martin's Motion without prejudice, and directs Defendant Martin to pursue relief in a Sec. 2241 petition. Accordingly, it is

**ORDERED** that pro se Defendant Deonte Jamal Martin's Motion to Arrange Payment Plan Directly With This Court (Dkt. 1467) is **denied without prejudice**. The Clerk of Court **shall provide** Sec. 2241 forms to Defendant Martin.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 7th day of May, 2019.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:

All parties and counsel of record

Pro Se Defendant:

Deonte Jamal Martin
Reg. No. 59037-0187
USP Florence - High
United States Penitentiary
P.O. Box 7000
Florence, Colorado   81226